UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHRIS SACHJEN,

        Plaintiff,                    Case No. 1:19-cv-334

v.                                       Honorable Robert J. Jonker

COIUNTY OF CASS et al.,

        Defendants.
_____/

## ORDER FOR SERVICE

        This is a prisoner civil rights action.  Following an initial review of the complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e(c), to determine whether it was frivolous, malicious, or failed to state a claim upon which relief can be granted or sought monetary relief against a defendant that is immune from such relief, the Court issued an opinion and order (ECF Nos. 7, 8), dismissing Defendants County of Cass and the Cass County Sheriff Department.  The Court concluded, however, that Plaintiff had stated a claim against Defendant Unknown State Trooper (Unknown Party).  The Court instructed that, within 90 days of the opinion and order, Plaintiff must supply sufficient identifying information to permit service of the complaint.  In a letter dated July 3, 2019 (ECF No. 9), Plaintiff identified the Unknown Party as Michigan State Trooper (unknown) Kowalk.   Therefore:

        **IT IS ORDERED** that the Clerk shall substitute "Unknown Kowalk" for "Unknown Party" in the case caption.

        **IT IS FURTHER ORDERED** that, together with a copy of this order, the Clerk shall forward the complaint (ECF No. 1) and Plaintiff's letter (ECF No. 9) to the U.S. Marshals

Service, which is authorized to mail a request for waiver of service to Defendant Kowalk in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that Defendant Kowalk shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

Dated: August 22, 2019　　　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge